RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
411 E. Bonneville Ave, #250
Las Vegas Nevada 89101
(702) 388-6577

Counsel for **Defendant**

FILED _____     _____ RECEIVED
ENTERED     _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 0 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Ronald Eric Kandell

Defendant.

Case No. 2:26-mj-00103-DJA

**ASSERTION OF RIGHT TO COUNSEL, THE RIGHT TO REMAIN SILENT, AND REQUEST TO HAVE COUNSEL PRESENT DURING QUESTIONING**

COMES NOW, the Defendant, pursuant to the Supreme Court of the United States opinion in *Montejo v. Louisiana*, after being advised by counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, hereby requests formal appointment of counsel and further exercises the right to remain silent. The undersigned hereby formally serves notice to government counsel and all relevant government agencies and departments that the undersigned is also hereby exercising the right to have counsel present during any law enforcement or prosecutorial initiated interrogation and does not consent to the initiation of any such questioning without the presence of counsel.

DATED this 20th day of February, 2026 .

Witnessed by :
RENE L. VALLADARES
Federal Defender

_____
Defendant

_____
Assistant Federal Public Defender

1