RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Ronald Eric Kandell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00031-JAD-EJY |
| Plaintiff, | **Defendant's Notice of Non-Opposition to Government's Motion to Dismiss the Complaint [ECF No. 17]** |
| v. | |
| RONALD ERIC KANDELL, | |
| Defendant. | |

Defendant Ronald Eric Kandell, through his attorney, Assistant Federal Public Defender, Keisha K. Matthews, does not oppose the government's motion to dismiss the complaint at ECF No. 17.

DATED: March 19, 2026.

Rene L. Valladares
Federal Public Defender

By:  */s/ Keisha K. Matthews*

Keisha K. Matthews
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 19, 2026, he served an electronic copy of the above and foregoing **Defendant's Notice of Non-Opposition to Government's Motion to Dismiss the Complaint [ECF No. 17]** by electronic service (e-mail) to the person named below:

TODD BLANCHE
Deputy Attorney General
TINA SNELLINGS
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101
Melanee.Smith@usdoj.gov

*/s/ Jeremy Kip*
Employee of the Federal Public Defender