**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD ERIC KANDELL,<br>        aka "Eric Ronald Kandell,"<br><br>        Defendant. | Case No. 2:26-cr-00031-JAD-EJY<br><br><br>**ORDER** |

Based on the motion of the Government, leave of Court is granted and the Complaint, ECF No. 1, is dismissed.

DATED this 23rd day of March 2026.

_____
Jennifer A. Dorsey
United States District Judge

2