RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Ronald Eric Kandell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00031-JAD-EJY |
| Plaintiff, | **MOTION FOR STATUS HEARING BEFORE MAGISTRATE JUDGE** |
| v. | |
| RONALD ERIC KANDELL, | |
| Defendant. | |

Mr. Kandell requests that this Court set a status conference to determine the Federal Public Defender's continued representation of him.

The Federal Public Defender was appointed to represent Mr. Kandell in February 2026.[1]  This case is set to proceed to trial on August 4, 2026.[2]

---

[1] ECF No. 4.

[2] ECF No. 26.

The parties are currently engaged in plea negotiations. Mr. Kandell just informed undersigned counsel that he wanted CJA counsel appointed to represent him. Mr. Kandell further filed a pro se Motion[3] with the Court, requesting appointment of new counsel as well as other relief.

Undersigned counsel requests this Court set a status hearing at the Court's earliest convenience to resolve Mr. Kandell's request for undersigned counsel to withdraw from this case and appoint CJA counsel to assist Mr. Kandell throughout the remainder of his case.

Dated this 14th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Keisha K. Matthews*
KEISHA K. MATTHES
Assistant Federal Public Defender

*/s/ Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender

---

[3] ECF No. 27.

2